John Earl JORDAN, Jr., Appellant,

v.

T.C. OUTLAW, Warden FCI Forrest City, Appellee.

No. 10–2338.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 7, 2010.

Filed: Sept. 17, 2010.

John Earl Jordan, Jr., Forrest City, AR, pro se.

Before LOKEN, MURPHY, and BENTON, Circuit Judges.

PER CURIAM.

Federal inmate John Earl Jordan appeals the district court's[1] dismissal of his 28 U.S.C. § 2241 petition. Having reviewed the record de novo, *see Mitchell v. U.S. Parole Comm'n*, 538 F.3d 948, 951 (8th Cir.2008) (per curiam); *Matheny v. Morrison*, 307 F.3d 709, 711–12 (8th Cir. 2002), we find no basis for reversal. Accordingly, we affirm. *See 8th Cir. R. 47B.*

1. The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Joe J. Volpe, United States Magistrate Judge for the Eastern District of Arkansas.